a part of the previous proceedings but were not made a part of the record for judicial review.

The *Tonkin* court relied upon *State ex rel. Horn v. Randall*, 275 S.W.2d 758 (Mo.App. 1955) in its interpretation of § 536.130.4, reasoning that because decisions of administrative tribunals are not subject to *de novo* review, additional evidence would serve no purpose. *Tonkin*, 599 S.W.2d at 30. Section 536.140 defines for the circuit court and appellate courts the proper scope of review in contested cases. To interpret § 536.130.4 broadly may invite a conflict with the carefully crafted procedures for judicial review.

### Conclusion

Without the relevant ordinances in the record, no standards exist for review of the BZA's decision. The decision of the BZA and the judgment of the circuit court are hereby declared invalid. *See Platte Woods*, 935 S.W.2d at 739. The BZA's ruling and the judgment of the circuit court are reversed. The case is remanded to the BZA for further proceedings on the application of Gannett.

BRECKENRIDGE, P.J., and EDWIN H. SMITH, J., concur.

Sherwin L. Epstein, Kansas City, for appellant.

Ronald L. Jurgeson, Asst. County Counselor, Jackson County, Kansas City, for respondent.

Before BRECKENRIDGE, P.J. and SMART and EDWIN H. SMITH, JJ.

SMART, Judge.

Gannett Outdoor Company of Kansas City ("Gannett") appeals from a decision of the Board of Zoning Adjustment ("BZA") denying an application for a special use permit to continue placement of an outdoor advertising sign approximately 600 feet west of Missouri Highway 7. For the reasons given in *Gannett Outdoor Co. v. Board of Zoning Adjustment*, 943 S.W.2d 359 (Mo.App.1997), handed down contemporaneously with this case, the decision of the BZA and the judgment of the circuit court are reversed. he case is remanded to the BZA for further proceedings on the application of Gannett.

BRECKENRIDGE, P.J., and EDWIN H. SMITH, J., concur.

**GANNETT OUTDOOR COMPANY OF KANSAS CITY, Appellant,**

v.

**BOARD OF ZONING ADJUSTMENT OF JACKSON COUNTY, Missouri, Respondent.**

**No. WD 53116.**

Missouri Court of Appeals, Western District.

Submitted Feb. 11, 1996.

Decided April 22, 1997.

**GANNETT OUTDOOR COMPANY OF KANSAS CITY, Appellant,**

v.

**BOARD OF ZONING ADJUSTMENT OF JACKSON COUNTY, Missouri, Respondent.**

**No. WD 53117.**

Missouri Court of Appeals, Western District.

Submitted Feb. 11, 1996.

Decided April 22, 1997.